UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. KENYON REID**                    **Docket No. 5:12-CR-95-1BO**

### Petition for Action on Supervised Release

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, KENYON REID, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on October 23, 2012, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

KENYON REID was released from custody on October 30, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 30, 2015, the defendant's term of supervised release commenced. The defendant is currently being supervised in the Middle District of North Carolina; however, jurisdiction of the defendant's case remains in the Eastern District of North Carolina. On January 27, 2016, the supervising officer in the Middle District of North Carolina requested that the defendant's supervision be modified to include a drug testing and treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to substance abuse testing, at any time, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.


/s/ Jeffrey L. Keller                 /s/ Christopher Studley
Jeffrey L. Keller                     Christopher Studley
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      310 New Bern Avenue, Room 610
                                      Raleigh, NC 27601-1441
                                      Phone: 919-861-8669
                                      Executed On: February 8, 2016

KENYON REID
Docket No. 5:12-CR-95-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___9___ day of ___February___, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge